C13-15(c)
(Rev. 2/97)

# UNITED STATE BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Roger Dale Hartis     SS# XXX-XX-5040   )        **Motion and Order**
                                                )
                                                )        No. B-10-82312 C-13D
         Debtor                                 )
                                                )

The undersigned Standing Trustee moves the Court for an order as follows:

The Order confirming this Plan provided that if the Debtor defaulted in payments for 30 or more days, then in such event the Debtor would be automatically dismissed **WITH PREJUDICE FOR 180 DAYS** as to the refiling of any bankruptcy petition.  The Debtor's last full payment was for June, 2011 and the Debtor is delinquent a total of 364.00.

The Standing Trustee respectfully recommends to the Court that the Debtor's case be automatically dismissed without further hearing and the dismissal shall be **WITH PREJUDICE** so as to bar the Debtor from seeking relief under Chapter 13 by the filing of a Chapter 13 petition or otherwise seeking relief under Chapter 13 for a **PERIOD OF 180 DAYS** from the date of the dismissal.


Date: August 25, 2011                                    s/Richard M. Hutson
RMH:lp                                                   Richard M. Hutson, II, Standing Trustee

---

### ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed **WITH PREJUDICE FOR 180 DAYS** as to the refiling of a Chapter 13 Petition for relief under Title 11 of the United States Code; and it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-82312 C-13D**

Roger Dale Hartis
5901 Craig Road, Lot 69
Durham, NC 27712

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402