UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-82312 C-13D |
| Roger D. Hartis | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING APPLICATION FOR
ADDITIONAL COMPENSATION**

On September 8, 2011, a hearing was held on the Application for Additional Compensation by Debtor's counsel, John T. Orcutt. At the hearing, Edward C. Boltz, Esq. appeared on behalf of Debtor's counsel; Robyn Whittman, Esq. appeared on behalf of the U.S. Bankruptcy Administrator; and, Richard M. Hutson II, Standing Trustee appeared and stated to the Court that this case had been dismissed on August 26, 2011, thereby, making the Application moot; therefore, it is

ORDERED that the Application for Additional Compensation, being moot, is hereby denied.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-82312 C-13D**

Roger D. Hartis
5901 Craig Rd., Lot 69
Durham, NC  27712

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
US Bankruptcy Administrator
PO Box 1828
Greensboro, NC  27402